IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHAEL P. DUNSMORE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, et al.,<br><br>Defendants. | Cause No. CV 10-00037-H-DWM<br><br>ORDER<br><br>FILED<br>SEP 1 3 2010<br>PATRICK E. DUFFY, CLERK<br>By_____<br>DEPUTY CLERK, MISSOULA |

Pending is Plaintiff Michael P. Dunsmore's Motion to Remove Order to Pay Filing Fees. (Court Doc. 9). Plaintiff filed a Motion to Proceed in Forma Pauperis in this matter on July 8, 2010. (Court Doc. 1). That motion was granted on July 16, 2010 and the case was recommended for dismissal. (Court Doc. 4). This Court adopted the recommendation of dismissal and this case has now been dismissed. (Court Doc. 7).

Pursuant to 28 U.S.C. § 1915(b)(1) "if a prisoner brings a civil action . . . in forma pauperis, the prisoner shall be required to pay the

full amount of the filing fee." The collection amount is set by statute and will not be altered by this Court.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Plaintiff's Motion to Remove Order to Pay Filing Fees (Court Doc. 9) is **DENIED**.

DATED this 13 day of September, 2010.

/s/ Donald W. Molloy
DONALD W. MOLLOY
United States District Judge